IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE, <br> TDCJ No. 1047716, <br><br> Plaintiff, <br><br> V. <br><br> MARIO KENI CASH, <br><br> Defendants. | § § § § § § § § § § § | <br><br><br><br><br> No. 3:21-CV-1814-D |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on August 12, 2021. Plaintiff has not filed objections to the findings, conclusions, and recommendation, although he filed on August 31, 2021 on a prisoner civil rights complaint form what the clerk of court has docketed as an amended complaint, and he filed on September 14, 2021 a motion for correction that is unclear regarding the relief he seeks. In no filing does plaintiff establish that he is not subject to the three-strikes bar of 28 U.S.C. § 1915(g) or that he is under imminent danger of serious physical injury. And he has yet to pay the full filing fee of $400.

The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation of the United States Magistrate Judge for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 16, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE